IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **LISA COVINGTON, et al.** | * |
|    **Appellants and Cross-Appellees,** | * |
| v. | * |
| **MCIC, INCORPORATED, et al.,** | * |
|    **Appellees.** | *   No. 14-2055(L) |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

**APPELLEE AND CROSS-APPELLANT S.B. DECKING'S MOTION FOR
VOLUNTARY DISMISSAL OF CROSS-APPEAL**

Now comes Appellee and Cross-Appellant, S.B. Decking, Inc. ("SBD"), by its undersigned counsel, and pursuant to Federal Rules of Appellate Procedure Rule 42(b) moves for voluntary dismissal of its Cross-appeal in the captioned matter, as for grounds, states:

1.　On October 9, 2014, SBD filed its Notice of Cross-Appeal in the above captioned matter (District Court Document No. 507 in case 1:12-cv-00461-GLR).

2.　Cross-Appellee, SBD, now elects to dismiss voluntarily its Cross-Appeal, while it continues to present all of its arguments in support of the district court's entry of summary judgment in its favor within Appellees' Brief.

3.　SBD is responsible for the costs of filing its Cross-Appeal.

4.　Appellants/Cross-Appellees have consented to the dismissal of SBD's Cross-Appeal to counsel for SBD.

WHEREFORE, Appellee and Cross-Appellant, S.B. Decking, Inc., hereby requests that this Court dismiss the Cross-Appeal in this case.

        Respectfully Submitted,

        */s/ Derek P. Roussillon, Esq.*
        F. Ford Loker, Esq.
        Derek P. Roussillon, Esq
        MILES & STOCKBRIDGE P.C.
        100 Light Street
        Baltimore, Maryland 21202
        Phone: (410) 727-6464

        *Attorneys for Appellee/ Cross Appellant*
        *S.B. Decking, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of November 2014, a copy of the foregoing was served by electronic submission via CM/ECF in accordance with the Federal Rules of Appellate Procedure and the Local Rules of the United States Court of Appeals for the Fourth Circuit to all counsel of record.

        */s/ Derek P. Roussillon*
        Derek P. Roussillon