## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

LISA COVINGTON etc., et al )
)
Plaintiffs )
)
v. )
) No. 14-2055 (L)
MCIC, Incorporated )
)
Defendant )
)
)

### CONSENT MOTION TO EXTEND BRIEFING ORDER SCHEDULE
### AND TO ALLOW ADDITIONAL BRIEFING PAGES

Comes now the Plaintiff, ESTATE OF OTIS GARNES, by their attorneys, John Amato, IV and Goodman, Meagher & Enoch, LLP, and Harry Goldman, Jr. and Skeen, Goldman, LLP, and by way of Consent Motion to Extend Briefing Order Schedule, states as follows:

1. This case is an asbestos products liability action against multiple defendants, where summary judgment as to product identification was granted below for all appellees.

2. All appellees consent to the motion.

3. This case was one of a trilogy of cases which, while never consolidated below, proceeded on a simultaneous track before the same district judge pursuant to a nearly-identical pre-trial schedule, including the briefing schedule for summary judgment motions, responses in opposition and replies. Appellees are substantially similar in all

GOODMAN, MEAGHER
& ENOCH, LLP
ATTORNEYS AT LAW
111 N. CHARLES STREET
BALTIMORE, MD. 21201

three cases. The other two cases are *Hurley v. CBS Corp., et al*, No. 14-2049, and *Harper v. CBS Corp.*, Case No. 1:12-cv-00460-GLR (D.Md.). The *Harper* appeal to this Court is due to be filed in the next 10 days. *Harper*, unlike *Covington* and *Hurley*, could not be appealed in October 2014 because there was an additional defendant in *Harper*, as to which that case remained pending until this past Monday, 11/3/14. The *Harper* case was settled this week as to that remaining defendant and is now ripe for appeal. As of this writing, *Hurley* is scheduled for mediation conference on 12/1/2014 at 9:00 a.m.

4. Counsel can further report that the cross-appeals in both *Covington* and *Hurley* are being voluntarily dismissed by appellee SB Decking.

5. The file below is voluminous. There are more than 500 docket entries. The printer in the *Hurley* case, for example, has estimated that the joint appendix being compiled for *Hurley* is in excess of 8,000 pages and will take considerable time to prepare. While the appendix is somewhat shorter in *Covington*, it is still a very large file and more time is required. In addition, all counsel are simultaneously working on the *Harper* and *Hurley* appeals, and in view of upcoming holiday schedules, believe that an extension of the briefing schedule will benefit the Court and all parties.

6. Counsel respectfully move the Court to allow an extension of the briefing schedule herein as follows:

| | |
|---|---|
| Joint Appendix due: | 2/10/15 |
| Opening brief due: | 2/10/15 |
| Appellees' response brief due: | 4/27/15 |
| Appellants' reply brief due: | 5/28/15 |

GOODMAN, MEAGHER
& ENOCH, LLP
ATTORNEYS AT LAW
111 N. CHARLES STREET
BALTIMORE, MD. 21201

2

In addition, in view of the fact that the facts of exposure are different with

respect to each of the appellees, and must be separately addressed, counsel also jointly

move that the opening brief for each side be enlarged to 50 pages (25,000 words) rather

than the customary 30 pages (14,000 words).

WHEREFORE, the motion should be GRANTED.

Respectfully submitted,

/s/ John Amato, IV
John Amato, IV
GOODMAN, MEAGHER & ENOCH, LLP
111 N. Charles Street
Baltimore, Maryland 21201
(410) 752-3666

/s/ Harry Goldman, Jr.
Harry Goldman, Jr.
SKEEN, GOLDMAN, LLP
11 E. Lexington Street, 4th Floor
Baltimore, Maryland 21202
(410) 837-4222

Attorneys for Plaintiffs

GOODMAN, MEAGHER
& ENOCH, LLP
ATTORNEYS AT LAW
111 N. CHARLES STREET
BALTIMORE, MD. 21201

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 11th day of November, 2014 that a copy of

the foregoing was delivered via MDD–CM–ECF to all counsel of record.

/s/ John Amato, IV
John Amato, IV
Attorney for Plaintiffs

GOODMAN, MEAGHER
& ENOCH, LLP
ATTORNEYS AT LAW
111 N. CHARLES STREET
BALTIMORE, MD. 21201

4