FILED: November 12, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2088
(1:12-cv-00461-GLR)
_____

LISA COVINGTON, as Personal Representative of the Estate of Otis Garnes, Deceased; MARQUISE GARNES; JOYCE GARNES; MARVIN GARNES; ARNETTA HUDSON; DELORSE ALCINDOR; LINDA EDWARDS

        Plaintiffs - Appellees

 and

OTIS GARNES

        Plaintiff

v.

SB DECKING, INC.

        Defendant - Appellant

 and

OWENS-ILLINOIS GLASS CO., f/k/a Owens-Illinois, Incorporated; DURABLA MANUFACTURING COMPANY; UNIVERSAL REFRACTORIES COMPANY; SELBY, BATTERSBY & COMPANY; A.W. CHESTERTON COMPANY; CBS CORPORATION, f/k/a Westinghouse and B. F. Sturtevant; PREMIER REFRACTORIES, f/k/a J.H. France Refractories Company; THE GOODYEAR TIRE & RUBBER CO.; MCIC, INC., Its Remaining Director Trustees, Robert I.

McCormick, Elizabeth McCormick and Patricia Schunk; RHI REFRACTORIES AMERICA, f/k/a RHI AG; METROPOLITAN LIFE INSURANCE CO.; GENERAL ELECTRIC CO.; H.B. FULLER COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster; INTERNATIONAL PAPER CORPORATION, f/k/a Champion International Corporation, f/k/a U.S. Plywood Corp. & Champion Papers, Inc.; COOPER INDUSTRIES, INC., Individually and as Successors in Interest to Crouse Hinds Co; UNION CARBIDE CORPORATION; FERRO ENGINEERING, Division of Oglebay Norton Co.; FOSECO, INC.; GARLOCK SEALING TECHNOLOGIES, LLC; SQUARE D COMPANY, Individually and as Successor in Interest to Electric Controller and Manufacturing Co; GREENE TWEED & CO., Individually and as Successor in Interest to Palmetto Inc.; WALLACE & GALE ASBESTOS SETTLEMENT TRUST, Successor to the Wallace & Gale Company; E.L. STEBBING & CO., INC.; HAMPSHIRE INDUSTRIES, INC., f/k/a John H. Hampshire Co.; CERTAINTEED CORPORATION, Individually and as Successor to Bestwall Gypsum Co.; KAISER GYPSUM COMPANY, INC.; BAYER CROPSCIENCE, INC., Individually and as Successor In Interest to Benjamin Foster Co., Amchem Products, Inc. H.B. Fuller Co., Aventis Cropscience USA, Inc., Rhone-Poulenc AG Company, Inc., Rhone-Poulenc, Inc. and Rhodia, Inc.; PFIZER CORPORATION; GENERAL REFRACTORIES COMPANY; KOPPERS COMPANY, INC.; HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal, Inc., Successor to Bendix Corporation; DITCH BOWERS & TAYLOR, INC.; TPC CORP., Individually and as Successor in Interest to Wareheim Air Brakes; WAREHEIM AIR BRAKES, INC.; WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION; PNEUMO ABEX CORPORATION, Successor in Interest to Abex Corporation; GL&V DORR-OLIVER INCORPORATED, Individually and/or as Successors in Interest to Keeler Boiler Works and Dorr-Oliver Boiler Co.; AMERICAN STANDARD, INC., Individually and as Succesor in Interest to Kewanee Boiler Manufacturing Co., Westinghouse Air Brake Company and Union Switch & Signal; CRANE CO., Individually and as Successor-in-Interest to Chapman Valve Co., Deming Pumps, Cochrane Corp., Cochrane, Inc., Crane Pumps and Pacific Steel Boiler Co; GEORGIA PACIFIC CORPORATION; UNIROYAL, INC.; AMCHEM PRODUCTS, INC.; ANCHOR PACKING COMPANY; ALLITE GASKETS; FLEXITALLIC GASKET CO., INC.; MELRATH GASKET, INC.; PARAMOUNT PACKING & RUBBER CO.; PHELPS PACKING & RUBBER CO.; WORTHINGTON PUMP, INC., f/k/a Dresser Pump Division; WAYNE MANUFACTURING CORPORATION; DANA CORPORATION; BABCOCK & WILCOX COMPANY; CROKER, INCORPORATED; NATIONAL GYPSUM COMPANY; QUIGLEY COMPANY, INC., a Subsidiary of Pfizer, Inc.; WARREN PUMPS, INC.; ALFA LAVAL, INC.,

Individually and as Successor-in-Interest to Sharples, Inc., Alfa Laval Separation, Inc. and DeLaval Separator Co.; ALLIS CHALMERS; DRESSER-RAND CO., f/k/a Terry Turbines, Individually and as Parent Corporation and Successor-in-Interest to Terry Steam Turbines; FMC CORPORATION, individually and Successor-in-Interest to Peerless Pumps and Stearns Electric Co.; IMO INDUSTRIES, INC., f/k/a DeLaval Turbine, Inc., f/k/a Delaval, Inc., f/k/a IMP Delaval, Inc., Individually and as Successor-in-Interest to DeLaval Turbine, Inc. and Warren Pumps, Inc; MCGRAW EDISON COMPANY, Individually and as Successor-in-Interest to Worthington Pumps, Worthington Pumps, Inc. and Turbodyne Corp.; FOSTER WHEELER LLC; FOSTER WHEELER ENERGY CORPORATION; HOPEMAN BROTHERS, INC.

        Defendants

v.

JOHN CRANE INC.

        Third Party Defendant

_____

RULE 42(b) MANDATE

_____

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*