FILED: January 20, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-2055

(1:12-cv-00461-GLR)

_____

LISA COVINGTON, as Personal Representative of the Estate of Otis Garnes, Deceased; MARQUISE GARNES; JOYCE GARNES; MARVIN GARNES; ARNETTA HUDSON; DELORSE ALCINDOR; LINDA EDWARDS

    Plaintiffs - Appellants

and

OTIS GARNES

    Plaintiff

v.

MCIC, INC., Its Remaining Director Trustees, Robert I. McCormick, Elizabeth McCormick and Patricia Schunk; GENERAL ELECTRIC COMPANY; WALLACE & GALE ASBESTOS SETTLEMENT TRUST, Successor to the Wallace & Gale Company; SB DECKING, INC.; WAYNE MANUFACTURING COMPANY

    Defendants - Appellees

and

OWENS-ILLINOIS GLASS CO., f/k/a Owens-Illinois, Incorporated; DURABLA MANUFACTURING COMPANY; UNIVERSAL REFRACTORIES COMPANY; SELBY, BATTERSBY & COMPANY; A.W. CHESTERTON COMPANY; CBS CORPORATION, f/k/a Westinghouse and B. F. Sturtevant; PREMIER

REFRACTORIES, f/k/a J.H. France Refractories Company; THE GOODYEAR TIRE & RUBBER CO.; RHI REFRACTORIES AMERICA, f/k/a RHI AG; METROPOLITAN LIFE INSURANCE CO.; H.B. FULLER COMPANY, f/k/a Amchem Products, Inc., f/k/a Benjamin Foster; INTERNATIONAL PAPER CORPORATION, f/k/a Champion International Corporation, f/k/a U.S. Plywood Corp. & Champion Papers, Inc.; COOPER INDUSTRIES, INC., Individually and as Successors in Interest to Crouse Hinds Co; UNION CARBIDE CORPORATION; FERRO ENGINEERING, Division of Oglebay Norton Co.; FOSECO, INC.; GARLOCK SEALING TECHNOLOGIES LLC; SQUARE D COMPANY, Individually and as Successor in Interest to Electric Controller and Manufacturing Co; GREEN, TWEED & CO., Individually and as Successor in Interest to Palmetto Inc.; E.L. STEBBING & CO., INC.; HAMPSHIRE INDUSTRIES, INC., f/k/a John H. Hampshire Company; CERTAINTEED CORPORATION, Individually and as Successor to Bestwall Gypsum Co.; KAISER GYPSUM COMPANY, INC.; BAYER CROPSCIENCE, INC., Individually and as Successor In Interest to Benjamin Foster Co., Amchem Products, Inc. H.B. Fuller Co., Aventis Cropscience USA, Inc., Rhone-Poulenc AG Company, Inc., Rhone-Poulenc, Inc. and Rhodia, Inc.; PFIZER CORPORATION; GENERAL REFRACTORIES COMPANY; KOPPERS COMPANY, INC.; HONEYWELL INTERNATIONAL, INC., f/k/a Allied Signal, Inc., Successor to Bendix Corporation; DITCH BOWERS & TAYLOR, INC.; TPC CORP., Individually and as Successor in Interest to Wareheim Air Brakes; WAREHEIM AIR BRAKES, INC.; WESTINGHOUSE AIR BRAKE TECHNOLOGIES CORPORATION; PNEUMO-ABEX CORPORATION, Successor in Interest to Abex Corporation; GL&V DORR-OLIVER INCORPORATED, Individually and/or as Successors in Interest to Keeler Boiler Works and Dorr-Oliver Boiler Co.; AMERICAN STANDARD, INC., Individually and as Succesor in Interest to Kewanee Boiler Manufacturing Co., Westinghouse Air Brake Company and Union Switch & Signal; CRANE CO., Individually and as Successor-in-Interest to Chapman Valve Co., Deming Pumps, Cochrane Corp., Cochrane, Inc., Crane Pumps and Pacific Steel Boiler Co; GEORGIA PACIFIC CORPORATION; UNIROYAL, INC.; AMCHEM PRODUCTS, INC.; ANCHOR PACKING COMPANY; ALLITE GASKETS; FLEXITALLIC GASKET CO., INC.; MELRATH GASKET, INC.; PARAMOUNT PACKING & RUBBER CO.; PHELPS PACKING & RUBBER CO.; WORTHINGTON PUMP, INC., f/k/a Dresser Pump Division; WAYNE MANUFACTURING CORPORATION; DANA CORPORATION; BABCOCK & WILCOX COMPANY; CROKER, INCORPORATED; NATIONAL GYPSUM COMPANY; QUIGLEY COMPANY, INC., a Subsidiary of Pfizer, Inc.; WARREN PUMPS, INC.; ALFA LAVAL, INC., Individually and as Successor-in-Interest to Sharples, Inc., Alfa Laval Separation,

Inc. and DeLaval Separator Co.; ALLIS CHALMERS; DRESSER-RAND CO., f/k/a Terry Turbines, Individually and as Parent Corporation and Successor-in-Interest to Terry Steam Turbines; FMC CORPORATION, individually and Successor-in-Interest to Peerless Pumps and Stearns Electric Co.; I.M.O. INDUSTRIES, INC., f/k/a DeLaval Turbine, Inc., f/k/a Delaval, Inc., f/k/a IMP Delaval, Inc., Individually and as Successor-in-Interest to DeLaval Turbine, Inc. and Warren Pumps, Inc; MCGRAW EDISON COMPANY, Individually and as Successor-in-Interest to Worthington Pumps, Worthington Pumps, Inc. and Turbodyne Corp.; FOSTER WHEELER LLC; FOSTER WHEELER ENERGY CORPORATION; HOPEMAN BROTHERS, INC.

       Defendants

v.

JOHN CRANE INCORPORATED

       Third Party Defendant

_____

## ORDER

_____

The court extends the briefing schedule as follows:

Appendix due: 04/10/2015

Opening brief due: 04/10/2015

Response brief due: 07/10/2015

Any reply brief due: 08/10/2015

                                    For the Court--By Direction

                                    /s/ Patricia S. Connor, Clerk